IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00607-PAB-CBS

EARL K. MADSEN,

    Plaintiff,

v.

BARRY DASHNER,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting Magistrate Judge's Recommendation [Docket No. 43] of U.S. District Judge Philip A. Brimmer entered on February 20, 2014, it is

**ORDERED** that the Recommendation of United States Magistrate Judge Craig B. Shaffer [Docket No. 42] is **ACCEPTED**. It is further

**ORDERED** that Plaintiff's Motion for Entry of Judgment Against Defendant Dashner [Docket No. 38] is **GRANTED**. It is further

**ORDERED** that judgment shall be entered pursuant to the Settlement Agreement in favor of plaintiff and against defendant in the amount of $325,000.00 in liquidated damages. It is further

**ORDERED** that plaintiff EARL K. MADSEN is **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

s/Kathy Preuitt-Parks

Kathy Preuitt-Parks
Deputy Clerk

APPROVED:

Philip A. Brimmer
United States District Judge